DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 11077
LEWIS BRISBOIS BISGAARD & SMITH llp
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone:  702.893.3383
Fax: 702.893.3789
E-Mail:  Darrell.Dennis@lewisbrisbois.com
E-Mail:  Matthew.Cavanaugh@lewisbrisbois.com
*Attorneys for Defendant*
*Panda Express, Inc.*

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| CARMELLA LANDI, individually,<br><br>                Plaintiffs,<br><br>        vs.<br><br>PANDA EXPRESS, INC., a Foreign Corporation; NP FIESTA, LLC., a Domestic Limited Liability Company; DOE INDIVIDUALS 1-10 and ROE BUSINESS ENTITIES 1-10, inclusive,<br><br>                Defendants | CASE NO.:  2:14-CV-01045-JCM-PAL<br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
|---|---|

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CARMELLA "CAMILLE" LANDI, and Defendant PANDA EXPRESS, INC. (Store #1134) by and through their respective counsel of record, that the above-entitled action against Defendant shall be dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees, or as otherwise agreed.

| DATED this 6th day of April, 2015.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>     /s/ Matthew A. Cavanaugh<br>DARRELL D. DENNIS, ESQ.<br>Nevada Bar No. 006618<br>MATTHEW A. CAVANAUGH, ESQ.<br>Nevada Bar No. 11077<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone:  702.893.3383<br>*Attorneys for Defendant* | DATED this 6th day of April, 2015.<br>RICHARD HARRIS LAW FIRM<br><br>     /s/ Elaine H. Marzola<br>RICHARD A. HARRIS, ESQ.<br>Nevada Bar No. 00505<br>ELAINE H. MARZOLA, ESQ.<br>Nevada Bar No. 12442<br>801 S. Fourth Street<br>Las Vegas, NV 89101<br>Tel: 702.444.4444<br>*Attorneys for Plaintiff* |

4846-2006-1986.1

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record: IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is hereby, dismissed with prejudice, each party to bear their own costs and attorneys' fees, or as otherwise agreed.

DATED April 8, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
LEWIS BRISBOIS BISGAARD & SMITH LLP

    /s/ Matthew A. Cavanaugh
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 11077
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone:  (702) 893-3383
Fax: (702) 893-3789
E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Matthew.Cavanaugh@lewisbrisbois.com
*Attorneys for Defendant*
*Panda Express, Inc.*

4846-2006-1986.1

2